IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RED SPARK, LP**,<br><br>*Petitioner*,<br><br>v.<br><br>**SAUT MEDIA, INC.**,<br><br>*Respondent*. | Case No. 2:21-cv-00171-JDW |

## ORDER

**AND NOW**, this 19th day of March, 2021, upon consideration of Petitioner Red Spark LP's Petition to Allow for Service by US Marshal (ECF No. 6), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED**.  Pursuant to 9 U.S.C. § 9, the United States Marshals Service shall serve Petitioner's Petition to Confirm Arbitration Award and Enter Judgment (ECF No. 1) on Respondent Saut Media, Inc. in any district where Saut Media may be found.

It is **FURTHER ORDERED** that Petitioner shall complete Form USM-285 and take all necessary steps, including prepayment of the estimated fees and expenses for service, to facilitate service on Respondent by the United States Marshals Service, including delivering a copy of this Order to the United States Marshal for the Eastern District of Pennsylvania.  Petitioner shall file a proof of service on the docket in this matter once service has been made.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.